682

Present —
Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
County of Onondaga, Acting for and on Behalf of Onondaga County Water District, Appellant, v. Gregory Banos, Respondent. (Appeal No. 2.) —

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
Joyce E. Moorhead, Respondent, v. L. Edgar Hummel, as Superintendent of Meyer Memorial Hospital, et al., Appellants.—